UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
CASE # CV-10-0178

**CLIFFORD ROGERS**                                                   Plaintiff

Vs

**THE CITY OF NEW YORK, ET AL,.**

Defendant

County of KINGS, State of New York I, **MAHITIMA  BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the County of KINGS.

On **1 /21/2011**  at  **244 P.M.** at  1000 SUTTER AVENUE ( 75TH  PRICINCT )  BROOKLYN NEW YORK 11208 Deponent  served  the within **SUMMONS AND    COMPLAINT**   on   CHARLES SCHWARTS delivering a true copy to P.O PRICE  a authorized person.                       $Comcan # 3986$ )

Said premises are recipient's actual place of work  within the state. I asked the person spoken to whether the defendant actually works at these premises and received an affirmative response.

A description of the person served is as follows:

Sex **MALE**
Skin/Race **BROWN/BLACK**
Color of Hair  **NONE**
Approx. Age **38 - 45**
Approx. Height  **5'8"- 5'9"**
Approx. Wt  **165 – 180 LBS**

Balding **YES**    Mustache **NO**   Beard  **NO**   Glasses **YES**

Other identifying Features: **NONE**

Sworn to be fore me on this
31 TH Day of JAN. 2010

N O T A R Y  P U B L I C

**MAHITIMA  BAA**
Process Server's Lic.# 1156551